**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MARIA R. BLAND,                )   No.  EDCV 13-1672-CW
                               )
          Plaintiff,           )   JUDGMENT
                               )
     v.                        )
                               )
CAROLYN W. COLVIN, Acting      )
Commissioner, Social Security  )
Administration,                )
                               )
          Defendant.           )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: August 11, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge